United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  V.                    **CASE NUMBER:**    **5:08-CV-289 (NAM/GJD)**

**$4,374.00 IN UNITED STATES CURRENCY,**

      **Defendant.**

**[ ]  Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[ X ]  Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that an uncontested judgment of forfeiture be entered forever forfeiting all claims, right, title and interest to the Defendant $4,374.00 in United States Currency to the United States of America for disposition by the US Marshals Service in accordance with law pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 21st day of May, 2008.

**DATE:**    May 21, 2008               **LAWRENCE K. BAERMAN**
                                            **CLERK OF COURT**

                                            s/

                                            _____
                                            **By:**    Lori M. Welch
                                                       **Deputy Clerk**